

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2020

**Via ECF**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Seth Horowitz*, 19 Cr. 861 (JFK)

Dear Judge Keenan:

    The Government writes respectfully to request that the sentencing control date scheduled in the above-captioned matter for April 7, 2020, be adjourned for approximately six months. As Your Honor is aware, the defendant has been cooperating with the Government, but his cooperation is not yet complete. Specifically, the defendant is expected to be a witness at the trial in *United States* v. *Neil Cole*, 19 Cr. 869 (ER). Although the *Cole* matter was originally scheduled for trial in May, trial was adjourned due to the current public health crisis and has not yet been rescheduled.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    __/s/_____
    Edward Imperatore
    Scott Hartman
    Jared Lenow
    Assistant United States Attorneys
    (212) 637-2357

cc:    Counsel for Seth Horowitz (by ECF)