UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
            U.S.A.

            -V-                      :       #19 CR 861 (JFK)

      Seth Horowitz

------------------------------X

The control date for sentence is adjourned from October 8, 2020 to January 12, 2021 at 11:00 a.m.

SO ORDERED.

Dated:  New York, New York

10-8-20

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-20