UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

U.S.A.

    -v-

    Horowitz

# 19 cr 861 (JFK)

- - - - - - - - - - - - - - - - - - - - - - - - - - X

The ~~conference~~ Sentence in this case is adjourned from August 10, 2021,

to November 10, 2021 at 11 a.m. in Courtroom 20-C

SO ORDERED.

Dated:   New York, New York

7-30-21

_John F. Keenan_
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-21