

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

> Sentencing is adjourned to September 14, 2023, at 10 a.m.
> PSI ordered.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 5/25/2023
> New York, New York

**By ECF and Email**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States* v. *Seth Horowitz*, 19 Cr. 861 (ER)

Dear Judge Ramos:

The Government writes to respectfully to request that the sentencing date scheduled in the above-captioned matter for July 11, 2023 at 2 p.m. be adjourned to a time on any of the following dates this coming September: 7, 8, 11, 12, 13, or 14.  The Government also requests that the PSR in this matter be ordered in advance of sentencing.

The defendant, Seth Horowitz, has been cooperating with the Government, and testified at the trials of Neil Cole, 19 Cr. 869 (ER).  Cole is scheduled to be sentenced on July 25, 2023, at 10 a.m., and it is unclear at this point whether there will be disputed issues at sentencing that may require a *Fatico* hearing involving testimony from Horowitz.  For that reason, the requested adjournment will allow the parties to provide the Court with additional information that may be relevant to the defendant's sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   __/s/_____
Jared Lenow
Justin V. Rodriguez
Andrew Thomas
Assistant United States Attorneys
(212) 637-1068

cc:   Counsel for Seth Horowitz (by ECF)