

**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2023

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The application to adjourn sentencing and extend Probation's disclosure deadlines is granted. Sentencing will be held on November 16, 2023 at 3:30 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 6/20/2023
> New York, New York

Re:   *United States* v. *Seth Horowitz*, 19 Cr. 861 (ER)

Dear Judge Ramos:

    The Government writes to respectfully to request that the sentencing date scheduled in the above-captioned matter for September 14, 2023 at 10 am be adjourned to a time on any of the following dates: November 9, 13, 14, 15, 16, or 17, and that the U.S. Probation Department's deadlines for PSR disclosures also be adjourned in accordance with any new sentencing date. The defendant, Seth Horowitz, has been cooperating with the Government, and testified at the trials of Neil Cole, 19 Cr. 869 (ER). Cole's counsel has moved to adjourn his sentencing to the first week of October 2023, and it is unclear at this point whether there will be disputed issues at sentencing that may require a *Fatico* hearing involving testimony from Horowitz. For that reason, the requested adjournment will allow the parties to provide the Court with additional information that may be relevant to the defendant's sentencing.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    __/s/_____
    Jared Lenow
    Justin V. Rodriguez
    Andrew Thomas
    Assistant United States Attorneys
    (212) 637-1068

cc:    Counsel for Seth Horowitz (by ECF)