IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SETH HOROWITZ,<br><br>               Defendant. | Case No. 19-cr-861 (ER)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for Defendant Seth Horowitz.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
       September 18, 2023

                                                        Respectfully submitted,

                                                        */s/ Anjan Sahni*
                                                        Anjan Sahni
                                                        Wilmer Cutler Pickering
                                                        Hale and Dorr LLP
                                                         7 World Trade Center
                                                        250 Greenwich Street
                                                        New York, NY  10007
                                                        Tel.: (212) 937-7418
                                                        anjan.sahni@wilmerhale.com

                                                        *Attorney for Seth Horowitz*