IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SETH HOROWITZ,<br><br>               Defendant. | Case No. 19-cr-861 (ER)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as counsel in this action for Defendant Seth Horowitz.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
       September 18, 2023

                                              Respectfully submitted,

                                              */s/ Rachel E. Craft*
                                              Rachel E. Craft
                                              WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY  10007
                                              Tel.: (212) 295-6411
                                              rachel.craft@wilmerhale.com

                                              *Attorney for Seth Horowitz*