**WILMERHALE**

October 30, 2023

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Rachel E. Craft

+1 212 295 6411 (t)
+1 212 230 8888 (f)
rachel.craft@wilmerhale.com

Re:  *United States v. Seth Horowitz*, No. 19-cr-00861

Dear Judge Ramos:

I write on behalf of Defendant Seth Horowitz to request leave to file under seal portions of his sentencing submission and an exhibit thereto. Counsel for the government consents to this request.

The information proposed to be sealed relates to a document that contains a confidentiality provision. Accordingly, Mr. Horowitz requests leave of Court to file his sentencing submission and the document under seal. Mr. Horowitz proposes to file redacted copies of the sentencing submission and document on the docket and to provide unredacted versions to Chambers.

Respectfully submitted,

/s/ Rachel Craft
Rachel E. Craft