IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SETH HOROWITZ,<br><br>　　　　　　　Defendant. | Case No. 19-cr-861 (ER)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for Defendant Seth Horowitz.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
　　　　November 2, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Brendan McGuire
　　　　　　　　　　　　　　　　　　　Brendan McGuire
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　New York, NY  10007
　　　　　　　　　　　　　　　　　　　Tel.: (212) 295-6497
　　　　　　　　　　　　　　　　　　　Brendan.McGuire@wilmerhale.com
　　　　　　　　　　　　　　　　　　　*Attorney for Seth Horowitz*