UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Seth Horowitz,<br><br>                Defendant. | Case No.   1:19-cr-00861-ER<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark D. Cahn, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Seth Horowitz in the above-captioned action.

I am in good standing with the bars of New York and the District of Columbia and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Date: November 2, 2023 | Respectfully submitted,<br><br>/s/ Mark D. Cahn<br>Mark D. Cahn<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6349<br>Mark.Cahn@wilmerhale.com<br><br>*Counsel for Seth Horowitz* |