**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NEW YORK**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Seth Horowitz,<br><br>                Defendant. | Case No.   1:19-cr-00861-ER<br><br>**DECLARATION OF MARK D. CAHN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Mark D. Cahn, declare under penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of New York and in the District of Columbia. Certificates of Good Standing from the bars for the state of New York and the District of Columbia are appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore Mark D. Cahn respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Date: November 2, 2023

Respectfully submitted,

/s/ Mark D. Cahn
Mark D. Cahn