UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Seth Horowitz,<br><br>　　　　　　Defendant. | Case No.   1:19-cr-00861-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

　　　　The motion of Mark D. Cahn for admission to practice pro hac vice in the above-captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bars of the state of New York and the District of Columbia, and that his contact information is as follows:

　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　2100 Pennsylvania Avenue NW
　　　　Washington, DC 20037
　　　　Tel: (202) 663-6349
　　　　Mark.Cahn@wilmerhale.com

　　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Seth Horowitz in the above-captioned action,

　　　　IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

　　　　All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Edgardo Ramos
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge