**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NEW YORK**

| | |
|---|---|
| United States of America, <br><br>                Plaintiff, <br><br> vs. <br><br> Seth Horowitz, <br><br>                Defendant. | Case No.   1:19-cr-00861-ER <br><br> **DECLARATION OF RACHEL CRAFT IN SUPPORT OF DEFENDANT'S SENTENCING SUBMISSION** |

I, Rachel Craft, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale & Dorr LLLP, counsel for Defendant Seth Horowitz in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of a letter addressed to the Court from Lori Horowitz on Defendant's behalf.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of a letter addressed to the Court from Renee Horowitz on Defendant's behalf.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of a letter addressed to the Court from Robin Geisler on Defendant's behalf.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of a letter addressed to the Court from Adam Geisler on Defendant's behalf.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of a letter addressed to the Court from Rob Siegel and Rebecca Siegel on Defendant's behalf.

7. Attached to this declaration as **Exhibit F** is a true and correct copy of a letter addressed to the Court from Gregg Carey on Defendant's behalf.

8. Attached to this declaration as **Exhibit G** is a true and correct copy of a letter addressed to the Court from Matt Schwartz on Defendant's behalf.

9. Attached to this declaration as **Exhibit H** is a true and correct copy of a letter addressed to the Court from Jason Levas on Defendant's behalf.

10. Attached to this declaration as **Exhibit I** is a true and correct copy of a letter addressed to the Court from Albert "Tito" Ades on Defendant's behalf.

11. Attached to this declaration as **Exhibit J** is a true and correct copy of a letter addressed to the Court from Patti Ades on Defendant's behalf.

12. Attached to this declaration as **Exhibit K** is a true and correct copy of a letter addressed to the Court from Rikki Ades on Defendant's behalf.

13. Attached to this declaration as **Exhibit L** is a true and correct copy of a letter addressed to the Court from Bob Friedman on Defendant's behalf.

14. Attached to this declaration as **Exhibit M** is a true and correct copy of a letter addressed to the Court from Sheldon Gottlieb on Defendant's behalf.

15. Attached to this declaration as **Exhibit N** is a true and correct copy of a letter addressed to the Court from Anna Luria on Defendant's behalf.

16. Attached to this declaration as **Exhibit O** is a true and correct copy of a letter addressed to the Court from Shannon Fay on Defendant's behalf.

17. Attached to this declaration as **Exhibit P** is a true and correct copy of a letter addressed to the Court from Jonathan Mitrani on Defendant's behalf.

18. Attached to this declaration as **Exhibit Q** is a true and correct copy of a letter addressed to the Court from Evan Giannotti on Defendant's behalf.

19. Attached to this declaration as **Exhibit R** is a true and correct copy of a letter addressed to the Court from Josh Smith on Defendant's behalf.

20. Attached to this declaration as **Exhibit S** is a true and correct copy of a letter addressed to the Court from Sandra Zelouf on Defendant's behalf.

21. Attached to this declaration as **Exhibit T** is a true and correct copy of a letter addressed to the Court from Rabbi Adam Jacobs on Defendant's behalf.

22. Attached to this declaration as **Exhibit U** is a true and correct copy of Defendant's cooperation agreement with the United States Securities and Exchange Commission.

23. Attached to this declaration as **Exhibit V** is a true and correct copy of Defendant's ███████████████████████████.

24. Attached to this declaration as **Exhibit W** is a true and correct copy of Defendant's letter of resignation as Chief Operating Officer of Iconix Brand Group, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/02/2023

By: */s/ Rachel Craft*
Rachel E. Craft
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel: (212) 937-7418
Fax: (212) 230-8888
rachel.craft@wilmerhale.com

*Counsel for Seth Horowitz*