# EXHIBIT A

October 10, 2023

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

My name is Lori Horowitz, I am the wife of Seth Horowitz. I have known Seth for 25 years. We met in 1998 and got married in 2004. Since the day I met him he has always done good for others. He spreads happiness, fun and joy wherever he goes. He is interesting, insightful, helpful and loving. Always ending his phone calls to me and our three kids with "I love you." I hear our kids saying that to each other and it makes me so proud as a parent that the love and caring Seth shows to each of us individually has rubbed off on our three wonderful children.

During our first year of marriage, Seth's father passed away (November 2005) suddenly from Kidney cancer. He was 55 years old. It was tragic for all of us, especially for Seth who was very close with his dad. At that time Seth was 29 years old and handled his widowed mother, his sadness for the loss of his father and me, his newly pregnant wife. He handled it all with such care and grace while dealing with his own feelings of loss and sadness. Additionally, Seth was negotiating an important and time consuming business deal at that time.  It was a very tough time in Seth's life and he was able to keep his priorities in order.

I have watched Seth grow and change through the years. Especially after he took responsibility in 2019 for his actions in this case. Seth was involved with our kids since day one. He was with me in the delivery room for all three of their deliveries. He coached me through all of it and made sure I was cared for and felt safe during my deliveries. When we brought them home as newborns, Seth was the one who was great with their newborn stage. Swaddling them with confidence and care and looking into their newborn faces with love and adoration. Seth bonded with each child immediately and these bonds have never faded as they grew up.

When we moved out of Manhattan in December 2019 to Englewood Cliffs, NJ, Seth got involved in our new community immediately. He began volunteer coaching the Englewood Cliffs Recreation and Travel basketball teams for both of our sons.  When Covid hit he began running in Flat Rock Park which led to his volunteer work to help with the upkeep of the park. Once Covid became more under control, Seth organized an outdoor basketball team comprised of our older son's friends. This was so our son could safely socialize with his friends while getting physical exercise. In between the games we would host the team outside in our backyard for pizza. This team gave Seth great joy. He loved coaching these kids and helping them improve their confidence and their

love for the game. Seth went on to coach many more Englewood Cliffs basketball teams without our children even being on those teams. One of his 8th grade teams made it to the finals which had never happened before. Now when we walk our dog around the park, so many of the kids come up to Seth and say "Hi Coach" which is truly amazing.

During July 2019 my father had a successful bone marrow transplant. This was during the height of Covid so no visitors were allowed in the hospital during his 3 week stay. During that time I moved in with my mom in South Jersey to support her. Seth was incredible during that time. He single handedly took care of and entertained our three children at home who were not allowed to socialize due to Covid. He would bring the kids every few days to visit me and my mom with freshly wiped down groceries for us. He was our backbone during that time and my mom would not have been able to do it without Seth's selfless generosity, caring and attention to my mother's needs.

Although Seth's 2019 actions caused stress on our marriage and family life, because of his constant honesty and communication we were able to find our way back to happiness and mutual respect for one another. Seth is the kindest, most thoughtful and generous center of my universe. Our kids worship him as well. He is the love of our kid's lives and they do know about Seth's 2019 guilty plea. Seth has been completely honest with all three of our children and answers all of their questions whenever they arise.

Seth has an individual unique relationship with each of our kids and spends alone time with them which they love. At times, our 17 year old son prefers to stay at home and watch sporting events with Seth rather than with his friends. Seth is also the one who deals best in crisis. For example, when our daughter broke her wrist in 2nd grade he was the one who left work to take her to the doctor and have her wrist set and casted. Seth was the one who took our youngest son when he was about 7 years old to the plastic surgeon to get 33 stitches under his bottom lip from an accidental fall. Seth handles these situations with a calmness and confidence that everything is going to be okay. Our kids feed off of his positive energy which helps them during these times.

I could give 25 more years of examples of Seth's strong character but feel like I will end with this: Seth has almost always had the best of intentions. He has been my best friend since 1998. We have lived a lifetime together. He has a heart of gold. He loves his family with all of his being. He has changed and grown since 2019 and is an even better person than he was before. He is hardworking, and continues to be employed and as already mentioned a complete family man. I stand by his character today and since the day I met him in 1998.

Thank you for your consideration.

All The Best,
Lori Horowitz