# EXHIBIT D

Your Honor,

I am writing this character statement to provide insight into the type of person Seth is, based on my personal experiences and observations as his friend, fraternity brother and eventually his brother-in-law.

I have known Seth since our college days at George Washington University, and our bond has grown stronger over the years.  We first met during my Freshman year, when I struck up a conversation with this guy sitting next to me on a bench at Thurston Hall.  I had no idea that this one conversation would have such a profound impact on my life. There we would become brothers for life in ways that I could not imagine.  Knowing Seth, all of our mutual friends would attest to, was always a privilege.  He created a brotherhood and connection that many of us still have with him today.  He was such a caring, infectious leader who wanted to ensure that all of his friends lived life to its fullest and that he would do all he could to make it so for those around him.  We could all see that he was talented beyond his years and we could only imagine the things he was going to go on to accomplish.

After graduation, Seth offered me the opportunity to work alongside him at Everlast, a company he ran with his father. Despite Seth and I being around the same age, he led the company as a driven and intelligent leader, not merely as the CEO's son. He displayed a remarkable ability to run the business and had a clear vision for its future. His leadership was instrumental in the success of Everlast during those years.

However, tragedy struck when Seth's father, the CEO of Everlast and my future father-in-law, passed away in 2005. This was a devastating loss, and it was a difficult time for all of us who knew George. Seth, at the age of 27, took on the role of CEO of a publicly traded company, a position he had always aspired to but under heartbreaking circumstances. Despite his grief, Seth rose to the occasion. He led the company with passion, determination, and a vision that ultimately resulted in its best performance and a significant acquisition by Sports Direct.

Prior to George's passing, some of my best memories were when Seth, his father and I would go to boxing matches across the country.  We would watch the fighters wear the brand he was so proud of on their shorts and their gloves.  We were so close to the boxing community and at times we were friends with both opponents.  We would watch these fighters go into the ring, put their lives at risk and if they were so fortunate to be standing in the end, they would hug and kiss each other with respect for what they went through in there together.

When I think about Seth's character, I think back to the pivotal moment in his life when George passed.  He had a choice to be one of the great fighters that fought his heart out every round or take a knee and accept defeat when times got tough.  As his father, his family and I knew, he was alway a natural born fighter and would show all of us his relentless pursuit to fight for what he believed in despite how great the odds.

In recent years, I have witnessed Seth face personal challenges and pain that are truly remarkable and I've always been struck by his resilience and strength. He yet again has been faced with challenges in life that I would not wish on anyone but he had a choice, accept defeat or fight what he believes in.

When given the opportunity to talk about Seth's character, I could not think of any better analogy or time in our lives together that better represents him.   Despite everything he has gone through, he remains a tremendous husband, father, friend, and brother to those around him His focus on providing the best life he can for his family over the years, in the face of immense challenges and uncertainty, is a testament to his unwavering commitment to his values and principles.

In conclusion, it's a privilege and honor to be able to call Seth my brother. I hope this statement provides you with valuable insight into his true character and his true fighting spirit towards his morales and values.

Sincerely,


Adam Geisler