# EXHIBIT E

Rebecca and Robert Siegel<br>
32 Timber Knoll Drive<br>
Washington Crossing, PA 18977

October 4, 2023

Re: Seth Horowitz

Dear Judge Ramos:

Our names are Rebecca and Robert Siegel, and we are writing to you on behalf of Seth Horowitz.  We are residents of Washington Crossing, Pennsylvania where Rebecca is employed as a mental health counselor for the Center of Integrated Wellness at The College of New Jersey and Robert is the Chief Technology Officer for Global Infrastructure Partners in New York.

We write to you in an effort to demonstrate the character of our friend of nearly 30 years, Seth Horowitz.  The intention of this letter is to share how Seth has been a beacon of inclusivity, source of support, and exemplary friend during the time we have known him.

Rob met Seth at The George Washington University, "GW," in 1996 during the first days of his freshman year.  Seth was a junior and one of the first of the "older guys" to reach out and invite him into the group.  From the start, Rob recognized that Seth was sincere in the way that he looked out for him and the other freshmen in their fraternity, and this was one of the main reasons Rob decided to join. From the outset, Seth treated Rob as though they had been lifelong friends, and this has remained unchanged for the duration of this friendship.

It was during those same months that Rebecca met Seth while visiting GW.  Not being a GW student herself, Rebecca was nervous about meeting all of Rob's new friends.  Seth's signature warm and genuine welcome was one of the most memorable moments of that trip.  What makes Seth so amiable is not just that he is charming, it's that he is genuine and generous in the way he cares for his friends.  To this day, he is the first friend we text when we can't find our group at a concert.  He is the friend who will make sure you're not walking to the car alone.  He is the person who always makes room for one more.  Seth cares deeply for his friends and goes out of his way to take care of them.

Caring about others is Seth's hallmark, and Rob has borne witness to this every year.  When Rob's best friend from childhood died in the terrorist attacks on 9/11, Seth was immediately there to offer support.  He reached out while Rob was grieving and listened to him as he worked his way through the painful process.  During the challenging months following this loss, Seth continued to show up for Rob.  To this day, every 9/11, Rob gets a message from Seth who remembers how hard a day it is for him and gives him a space to remember.  He has been

instrumental in Rob's healing from the loss and has shown empathy in the most steadfast of ways.

When we think about Seth, it's impossible to separate him from the special relationship he had with his dad, George.  Witnessing Seth and his dad together was seeing an extraordinary friendship between father and son.  For years, Seth and George's relationship has been a source of inspiration and admiration for Rob and I as parents and as children.  As we have had the chance to see Seth with his own children, we have seen how he has carried on George's extraordinary regard for family.  Even when in the middle of the cacophony of friends, Seth pauses to connect to his wife, make silly faces over FaceTime with his son, recognize an inside joke shared with daughter, or even just bring his oldest along to be part of the fun.  When spending time with Seth, even if his family is not present, they are there with him.

So much of our history with Seth is steeped in joy.  We have traveled together, danced to music, shared a table, and laughed out loud.  However, our friendship with him grew in the moments that Seth showed up as his most authentic self.  He was there when we grieved, saved us a spot when we felt alone, and met us with a smile quite simply because we were lucky enough to be his friend.  We met when we were so young and have had the good fortune of growing together and sharing in life's adventures.  Seth has been a source of support, an extraordinary demonstrator of care and an admirable man of family and heart.  We can say that we feel fortunate to know him and are confident our friendship will endure.

Respectfully,


Robert and Rebecca Siegel