# EXHIBIT F

Gregg Carey
29 Worth Avenue
Hudson, NY 12534
October 12, 2023

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Character Reference for Seth Horowitz

Dear Judge Ramos,

I am writing to offer a character reference for Seth Horowitz, with whom I've had the privilege of working closely with since March of 2022. My wish is for the court to understand the depth, integrity, and genuine nature of Seth's character, as I have come to know it.

Seth first came to my attention when he responded to a job posting for a head of marketing position at my ecommerce apparel company, Section 119. We specialize in leveraging licensed rock n roll artwork, a niche that Seth's unique blend of experience in apparel and licensing complemented.

In our very first meeting over Zoom, Seth's authenticity and enthusiasm was palpable. We connected instantly and our conversation struck the core of who we were as leaders and human beings and the experiences that have shaped us. As you would expect, Seth's complicated past was an appropriate topic and I was impressed and grateful with the vulnerability with which Seth freely shared details. The topic naturally raised many questions to which Seth answered in detail without defensiveness.

By the end of the call, I had made my decision that I wanted to work with Seth. This is a decision that I didn't take lightly given his past. However, intuition is powerful and to be trusted and mine said very clearly that working alongside Seth would be a tremendous professional and personal experience. Eighteen months later, reality has played out confirming this intuition *day after day after day.*

Seth joined the company as the VP of Merchandising. He led our product, marketing, and supply chain team. This was a team of 12 people located remotely around the world. Despite being constrained to Zoom calls, Seth effortlessly won over the team with his expertise, kindness, and enthusiasm.

Upon Seth's arrival, our company's revenue saw an immediate increase, which was undoubtedly beneficial. Yet, even more notable was the remarkable boost in our team's cohesiveness and efficiency. Under Seth's leadership, underpinned by his expertise and enthusiasm, we transformed into a harmonious unit that genuinely enjoyed collaborating. His approach resonated deeply with the team, and that positive impact persists to this day.

Recognizing this invaluable leadership, Seth was promoted to President in October 2022 – without hesitation. I cannot overstate the ease with which this decision was made. I have come to know Seth and my first impression aligns exactly with the human he consistently has demonstrated himself to be *everyday*.

On a personal level, considering Seth's vast experience, he has acted as both a mentor and a confidant to me as a first-time CEO. His mentorship, combined with a visible respect for my contributions, underscores his character – one that values collaboration, mutual growth, and authenticity.

Beyond business, I have been most grateful to call Seth my very dear friend. We bond regularly over children, family adventures, empowering young men in sports and the chaos of the world. I have a company full of tremendous people who would also call Seth their friend.

I understand the gravity of the situation before the court, and I respect and admire the judicial process. It is an honor to write this letter and share the totality of Seth's character that I have been able to witness firsthand. His integrity, consistency, and genuine care for others, both in professional and personal capacities, paints a picture of a man deeply committed to positive growth, community, and service. I am very grateful to really know Seth Horowitz and have him in my life.

I humbly ask the court to weigh this testament of Seth's character as it deliberates on its decision.

Thank you for considering my perspective in this significant matter.

Sincerely,
Gregg Carey
CEO, Section 119