# EXHIBIT H

October 2, 2023

Dear Judge Ramos,

I was asked to write a Letter of Support for my friend, Seth Horowitz, about my experiences with him and who he is as a person.  I can say most honestly that in my over 25 years of friendship with him, that I know him to be one of the most genuine, generous, and welcoming people I have ever met.  He has a natural charm and charisma that draws people in whether he is trying to garner that attention or not. He has a way of making people feel good about themselves through the interactions they have with him. He is truly a great and unique individual, and I consider myself lucky to call him my friend.

I have had the pleasure to know Seth in many different areas of life.  We met in college as fraternity brothers.  The guy I met way back then had that same positive magnetic energy that he has today.  He has always stood out among our peers as someone everyone looked up to.  He also seemed to have a grasp of the effect he had on the group and would always use his powers for good.  He would be the one to make some of the more quiet or awkward guys feel more part of the group by inviting them along to something they might have otherwise been left out of.

After college we were roommates in NYC for our first few years out of school while we were both working at Everlast.  During those years I watched Seth grow quickly in the corporate world, taking advantage of the unique opportunity he had, and he was successful due to his talent, intelligence, and drive.  At work he brought that same energy, which made people feel good about their jobs and themselves.  He was young, and learning on the job, but he would try to teach the same lesson he just learned to those around him so everyone could benefit.  Outside the office, he never let his successes separate him from the group of people we hung out with.  He just wanted to be part of the crew.

After Everlast our paths took us into different industries and I moved to the west coast.  During that time, we remained close, but saw each other less as old friends often do as life moves on.  It was during this stretch that I was able to see Seth in one of my new favorite ways.  He is the best person to introduce new friends to.  As most people often experience, trying to have a friend from one part of your life mesh well with people from another part does not usually go as you would hope it would.  And I would say that is true for me in most scenarios, but not with Seth.  His welcoming aura and genuine interest in getting to know people shines through, despite that trait usually fading in most as we get older.  His light and energy really make people happy and want to be around him.  Many of those friends that were "mine" are also most certainly his as well these days.

When Seth started working at Baked by Melissa, he asked me to join him there.  I moved back to NYC, and we had a great three years working together again.  I witnessed him lead a company mainly made up of young, inexperienced recent college grads back into a success by being both a strong leader and a generous teacher.  His ability to make people feel welcome and important helped to get the most out of them for the betterment of both the company and the employees' personal growth.  I would include myself as someone who gained a lot from my experience working with Seth.

In the years since Baked by Melissa, I once again left NYC and changed industries, but Seth and I still remain close.  I am happy to see that Seth is still his same welcoming, charismatic self, trying to effect people in a positive manner has he always has.  Whether that is as a coach in youth sports, or working

with a new up and coming start up company, he has so much to offer people, and a strong desire to share is knowledge and experience.  I am excited to see where Seth's path leads him next so he can continue to positively influence those around him.


Sincerely,



Jason Levas