# EXHIBIT I

September 29, 2023

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

My name is Albert "Tito" Ades. I am the Father-in-Law of Seth Horowitz. As an Attorney (retired), I am aware of the seriousness of the situation involving my son in law.

I have known Seth for over 20 years. He has proven to be a person of outstanding qualities. He is a wonderful husband to my daughter Lori. He is a fabulous dad to my three grandchildren. He volunteers and helps to coach different sports teams. He has always been a conscientious and hard worker.

Seth is very warm and respectful to his in-laws. HIs support for me and my wife, Patti during my long stay in the hospital while I had a bone marrow transplant over 3 years ago was incredible. This was during the time of Covid and I was not allowed to have any visitors.

I cannot imagine the pressure Seth was under that made him commit a serious crime. To me, this was certainly an aberration of his judgement and character.

To summarize, I could not have a finer son in law. I ask that the court take into account the above information before his sentencing.

Thank you for your consideration and time.

Sincerely,
Albert "Tito" Ades