# EXHIBIT J

September 29, 2023

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

My name is Patti Ades, I am Seth Horowitz's mother in law, he is married to my daughter Lori Horowitz. I met Seth in December 2002 during our family Chanukah party. We do an annual secret exchange of gifts and Seth was included that year and had to give me a secret gift. He took the time to research what I liked and gave me as my gift my favorite sneakers. I found this to be a thoughtful gesture. Seth has always been a very warm, caring and loving individual from day one. Seth and Lori have 3 children and Seth has always been a wonderful father and a great husband to my daughter.

In June 2019 during Covid my husband, Albert Ades, had a bone marrow transplant. This was very traumatic for our family since he has always been very healthy. It was necessary for him to stay in the hospital for his transplant for about three weeks. Since this was during Covid he was not allowed to have any visitors so I would have been home alone during this time (we have an apartment in Manhattan and a house in New Jersey where we spend a lot of our time now that we are both retired). However Seth and Lori decided that Lori should move in with me at my house in Oakhurst, NJ during that time. Seth was a huge support for me during that time. He would bring my grandchildren to stay with us as well as bring freshly wiped down groceries. I could not have survived during this time without the support and help of Seth and Lori.

Not only did Seth bring the kids and the groceries, he also made the best out of the worst situation. At night we would take family walks and Seth managed to make silly jokes for my benefit so I could laugh which was very good for me emotionally. Seth took very good care of me and I will never forget that.

Thankfully my husband's brother was a perfect match and his bone marrow transplant was a success. However the transplant caused Albert's immune system to be compromised for several years. In April 2021 Albert got legionnaires disease which is a rare type of pneumonia. It became apparent that Albert had to go to the hospital immediately. When I called Lori & Seth to discuss this with them, they got in their car immediately in Englewood Cliffs, NJ and drove directly to our Manhattan apartment to help us. Seth helped the EMT people transport my husband into the ambulance and made sure they were taking all of his vitals while he was placed into the ambulance. Still under Covid restrictions, no one was allowed to travel in the ambulance with Albert to the hospital. We were doubly concerned because we wanted to make sure the

people in the ER knew he was a transplant patient. After the ambulance left for the  hospital, Seth & Lori stayed with me to make sure I was okay before driving up to the hospital  to make sure Albert was admitted to Mount Sinai.

When Seth & Lori arrived at the ER, they were not allowed in due to Covid but Seth was able to  get the phone number of the doctor in the ER. This doctor called Seth back immediately while  he and Lori waited for a while outside of the ER, not leaving until it was confirmed that my  husband had been admitted and that they knew he was a bone marrow transplant patient.  Albert ended up staying in the hospital for one month recovering from legionnaires disease. I  am grateful every day that Seth rushed into the city that night and helped coordinate getting  Albert to the hospital. It was a life or death situation. Seth handled this very stressful situation  with a calm, caring and goal oriented demeanor. He acted selfless and I can not thank him  enough for his constant love and support.

This letter has not been an easy one for me to write. Reliving my husband's health crisis is very  emotional for me. However Albert is 100% healthy now and I wanted to highlight to you how  amazing Seth is and was during this time which was after his confession in 2019. Seth made  me and Albert his priority even though he had his own serious personal situation to deal with.  Seth is a great person, I love him like my own son and he would do anything for me and our  family.

Thank you for your consideration.


Patti Ades