# EXHIBIT K

Rikki L. Ades
7 East 14th Street
New York, NY 10003

October 12, 2023

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

I write this letter in support of my brother-in-law, Seth Horowitz. I have known Seth since 2000.

Seth is a dedicated, passionate and engaged family man. He is an enthusiastic father who spends extensive time with his children, coaching their sports teams and taking them to events, among other things. He is also an involved uncle who through the years has taken my children fishing, to sporting events, on vacation and to the beach. By way of example, when Seth was employed at Baked By Melissa, he worked with my child and his staff to create a custom cupcake for her Bat Mitzvah. He spent time having her visit the office and work with his team to design the cupcake as well as special cards to go with it. My child was delighted and it helped make the event even more special.

Seth is also a person who is thoughtful and present when he speaks with you. Whenever I see him, he makes a point to find out how I am and inquires about my job. This is a unique quality that I don't find in many others. Additionally, Seth and I share a love of sports. Throughout the more than 20 years that we have known each other, we have attended several sporting events together including the Yankees, Mets and Knicks. We also spend quality time chatting about our favorite teams. Another example of Seth's thoughtfulness is when he took me to meet Dirk Nowitzi, the Dallas Mavericks' Hall of Fame forward. Dirk was one of my favorite NBA players. Seth was aware that Dirk was likely to be at an event that his company was sponsoring. He invited me to the event and even though I was shy and hesitant, he made sure that I was introduced to him.

Finally, Seth is a man who is beloved by his numerous friends. He spends a lot of time keeping up with them and supporting them.

As stated above, Seth is a warm, involved and engaged family man and I hope that the Court will grant him leniency.

Very truly yours,

Rikki L, Ades