# EXHIBIT T

Dear Judge Ramos,

I have known Seth Horowitz since about 2007. He was the chairman of the board for the non-profit organization that I ran for about ten years. In that time I came to form a very high opinion of him. He was extremely generous—with his resources, his connections, his time and his leadership. He served an invaluable role within the organization and helped us to achieve much more than we would have on our own.

On a personal level I always found him to be kind-hearted, creative, funny and great with people. I observed him many times with his family and friends and saw how important they are to him and how important it was for him to take good care of them.

In short, he's a good man, he did many good things for me personally and my organization and I will always be grateful to him for that.

Sincerely

Rabbi Adam Jacobs
Aish Global