# EXHIBIT V

