WILMERHALE

December 1, 2023

**Rachel E. Craft**

+1 212 295 6411 (t)
+1 212 230 8888 (f)
rachel.craft@wilmerhale.com

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Seth Horowitz*, No. 19-cr-00861

Dear Judge Ramos:

I write on behalf of Defendant Seth Horowitz to request an order for Pre-Trial Services to return Mr. Horowitz's passport to him in light of Your Honor's sentence of time served with no term of supervised release.  *See* Dkt. 43.  Mr. Horowitz originally surrendered his passport to Pre-Trial Services as a condition of his release.  *See* Dkt. 7.

Respectfully submitted,


/s/ Rachel E. Craft
Rachel E. Craft