## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SETH HOROWITZ,<br><br>           Defendant. | Case No. 19-cr-861 (ER) |

### NOTICE OF WITHDRAWAL OF RACHEL E. CRAFT AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that I, Rachel E. Craft, hereby withdraw as Counsel of Record for Defendant Seth Horowitz in the above-captioned action.

I request that my name and email address be removed from the official docket for the above-captioned matter. I did not assert a retaining or charging lien. There will be no prejudice from my withdrawal. Defendant will continue to be represented in this action by legal counsel from Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Any future correspondence and papers in this action should be directed to them.

Dated: New York, New York
        January 3, 2024

                                              Respectfully submitted,

                                              *s/ Rachel E. Craft*
                                              Rachel E. Craft

                                              *Attorney for Seth Horowitz*

2

SO ORDERED:

Dated: _____, 2024

_____
Edgardo Ramos
United States District Judge